# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CARL W. BAILEY, SR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No. 06-0287-CV-W-DW |
| | ) | |
| BAYER CROP SCIENCE, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF CARL BAILEY'S MOTION FOR LEAVE
## TO AMEND HIS COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS

**COMES NOW** the Plaintiff, Carl W. Bailey Sr., pursuant to FRCP 15 and FRCP 20 hereby moves the Court for leave to amend his Complaint to join additional party Defendants and in support of his motion states the following:

1. Complete relief cannot be had without the joinder of Greg Moorer and Jamie Jackson as Defendants. Both Mr. Jackson and Mr. Moorer are employees of the Defendant Bayer Crop Science, LP, and it is their actions which form the basis of this litigation.

2. Greg Moorer and Jamie Jackson are necessary and indispensable parties, as the claim against them arises out of the same transaction and occurrence, and as joint-tortfeasors with Defendant Bayer Cropscience, LP, are jointly and severally liable.

3. The parties may be subject to inconsistent or unfair obligations toward the Plaintiff without the joinder of these additional parties.

4. The substantive averments in Plaintiff's Complaint will not change.

5. The same questions of law and fact are common to all Defendants.

6. Defendant Bayer Crop Science L.P. will not be prejudiced or unduly harmed by the addition of these parties as Defendants.

7. The joining of these additional parties will promote judicial economy.

WHEREFORE, Plaintiff prays for an Order from the Court allowing Plaintiff to amend his Complaint to add Greg Moorer and Jamie Jackson as Defendants in this cause.

Respectfully Submitted,

/s/ Robert. L. Shirkey
Robert L. Shirkey, MBN 14483
1150 Grand Boulevard, Suite 250
Kansas City, Missouri 64106
Tel.: 816.842.3030
Fax: 816.842.3070

ATTORNEY FOR PLAINTIFF CARL BAILEY

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served, by First Class United States Mail, Postage Prepaid, on the following counsel of record this 15th day of March, 2007:

Jack D. Rowe
Brian N. Woolley
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2600
Kansas City, Missouri 64108

ATTORNEYS FOR DEFENDANT
BAYER CROPSCIENCE LP

/s/ Robert L. Shirkey
Attorney for Plaintiff